JDPA

FILED
2008 SEP -2 AM 9: 52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| UNITED STATES OF AMERICA, | ) | Magistrate Case Number: '08 MJ 2673 |
|---|---|---|
| | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| Maricela v. | ) | |
| LAREDO | ) | Title 18, U.S.C., Section 111 |
| | ) | Assaulting, resisting, or impeding certain officers |
| Defendant, | ) | |

I, Douglas Chalifoux, ICE Special Agent, declare under penalty of perjury the following to be true and correct:

On or about August 29, 2008, within the Southern District of California, Maricela LAREDO, did forcibly assault, resist, oppose, impede, intimidate, or interfere with Customs and Border Protection Officers Solares and Nevarez while they were engaged in the performance of their official duties; in violation of Title 18, United States Code, Section 111.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Douglas Chalifoux/Special Agent
U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2nd DAY OF SEPTEMBER, 2008.

_____
MAGISTRATE JUDGE

8/29/08

## PROBABLE CAUSE STATEMENT

I, Special Agent Douglas Chalifoux, declare under penalty of perjury, the following is true and correct:

On August 29, 2008, at approximately 4:15 am, Maricela LAREDO made application for admission into the US from Mexico at the Otay Mesa Port of Entry as the passenger in her black 2007 Toyota Camry. Customs and Border Protection Officer (CBPO) Solares was working primary duties at Lane 4, when she encountered the Toyota Camry. CBPO Solares noticed immediately that the driver, Manuel Ramirez appeared to be intoxicated. She asked him to exit the car and he complied. She went to the other side of the car and asked LAREDO to exit the car. LAREDO did but became verbally abusive toward CBPO Solares who in turn asked for and received help from CBP Officers Nevarez and Supervisor CBPO Asiong. LAREDO had to be subdued by force from the three officers for handcuffs to be placed on her wrists.

Once inside the security office, LAREDO became violent towards officers when they tried to loosen the handcuffs. LAREDO had to be held down by 3 officers while another loosened the handcuffs. While doing this, LAREDO scratched CBP Officers Solares and Nevarez.

LAREDO was read and understood her constitutional rights under Miranda. She declined to make a statement. LAREDO was charged with 18 USC 111, and booked into the Metropolitan Correctional Center San Diego pending federal judicial proceedings.

Executed on ___August 30, 2008___ (date) at __10:15 am__ (time)

_____Douglas Chalifoux_____
Senior Special Agent

On the basis of the facts presented on the probable cause statement consisting of _1_ pages, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offense on __Aug 29, 2008__ in violation of Title _18_, United States Code, Section(s) _111_.

8/30/08 1120 Am