TODD W. BURNS
California State Bar No. 194937
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone No. (619) 234-8467
Email: Todd_Burns@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ2673 |
| Plaintiff, | |
| v. | |
| MARICELA LAREDO, | NOTICE OF APPEARANCE |
| Defendant. | |

  Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Todd W. Burns, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in the above-captioned case.

                 Respectfully submitted,

Dated: September 8, 2008     /s/ *TODD W. BURNS*
                   Federal Defenders of San Diego, Inc.
                   Attorneys for Defendant
                   Todd_Burns@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: September 8, 2008         /s/ TODD W. BURNS
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Todd_Burns@fd.org (email)